IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE R. ALBRIGHT, | No. 2:15-CV-0963-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ADAM GADAHN, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Petitioner states that he is challenging "[t]he manner in which [his] sentence is executed. . . ."  As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is incarcerated at the Benner State Correctional Institution, located in Bellefonte, Pennsylvania, which is located within the jurisdiction of the Middle District of Pennsylvania.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

DATED: May 21, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE